UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
INTERPAGE CO., INC.,

      **Plaintiff,**      <u>**ORDER**</u>

  -against-         10-CV-4673 (DGT)

LINDA INTERNATIONAL
TRADING CO., INC.,

      **Defendant.**
-------------------------------------------------------------x

  Currently pending before this Court, on a referral from the Honorable Carol B. Amon, is a motion filed by plaintiff Interpage Co. ("plaintiff") for a default judgment, damages and attorney's fees against defendant Linda International Trading Co., Inc. ("defendant").

  By March 3, 2011, plaintiff shall serve and file via Electronic Case Filing a submission addressing the following:

  (1) The factual and legal bases for each of the causes of actions against defendant;

  (2) The factual and legal bases for each form of relief sought by plaintiff;

  (3) Counsel's contemporaneous time records, retainer agreement, invoices for expenses, and a detailed, sworn statement regarding the reasonableness of counsel's hourly rate(s).

  Defendant shall have until March 23, 2011 to show cause, in writing, filed with the Court and served on plaintiff's counsel, why the motion for a default judgment, and the relief requested, should not be granted.

  The Clerk shall docket this Order into ECF and transmit copies, via Federal Express, to

defendant at the following addresses:

> Linda International Trading Co. Inc.
> 4266 Ocean Avenue
> Brooklyn, NY 11235-3730
>
> Linda International Trading
> 108 53rd Street
> Brooklyn, NY 11232-4319

**SO ORDERED.**

**Dated:**   **Brooklyn, New York**
**February 11, 2011**

                                                **ROANNE L. MANN**
                                                **UNITED STATES MAGISTRATE JUDGE**